UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HECTOR G. SAADE

PLAINTIFF(S)

v.

INSEL AIR, et al.,

DEFENDANT(S).

CASE NUMBER
1:17−cv−22003−KMW

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Inselair Aruba N.V.**

as of course, on the date July 9, 2018.

STEVEN M. LARIMORE
CLERK OF COURT

By  /s/ *Jeffrey Adams*
Deputy Clerk

cc: Judge Kathleen M. Williams
    Hector G. Saade

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)