UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 17-22003-CV-WILLIAMS

HECTOR G. SAADE,

    Plaintiff,

vs.

INSEL AIR f/k/a INSEL AIR INTERNATIONAL B.V., *et al*.

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Edwin G. Torres' Report and Recommendation on Plaintiff's motion to decertify class and for entry of final default judgment against Defendants Insel Air Aruba N.V. and Insel Air International B.V. (the "Report"). (DE 75). In the Report, Judge Torres recommended that Plaintiff's motion (DE 72) be **GRANTED**. Defendants have not filed objections to the Report and the time to do so has now passed. Accordingly, upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 75) is **AFFIRMED AND ADOPTED**.

2. Plaintiff's motion to decertify class and for entry of final default judgment against Insel Air Aruba N.V. and Insel Air International B.V. (DE 72) is **GRANTED**.

3. Judgment is **ENTERED** in favor of Plaintiff Hector G. Saade against Defendants Insel Air Aruba N.V. and Insel Air International B.V. in the amount of $80.

4. The class certified pursuant to this Court's Order (DE 66) is **DECERTIFIED**.

5. All remaining motions are **DENIED AS MOOT**. All hearings, deadlines, and trial settings are **CANCELED**. The Clerk is instructed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 12th day of June, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE